## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 1619 Disciplinary Docket No. 3 |
| | : | |
| CHARLES G. GENTILE | : | No. 87 DB 2010 |
| | : | |
| PETITION FOR REINSTATEMENT | : | Attorney Registration No. 18237 |
| | : | |
| | : | (Fayette County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of April, 2017, the Petition for Reinstatement is granted. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).